UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


 BARBARA EGGAR, et al.   v.   AKAL SECURITY, et al. 

DATE:   June 14, 2006   CASE NO.    2:06-cv-01133-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION PRACTICE**

---

  The above case has been assigned to the Honorable Ralph R. Beistline. Due to the fact that Judge Beistline is located in the District of Alaska and resides in Anchorage, Alaska, motion practice will be handled as set forth below.

  Parties are to file motions without obtaining a hearing date. Oppositions to motions shall be filed within 15 days of service, and replies shall be filed within 5 days of service. The motions will be ruled upon based on the filings. However, if a hearing is desired by any party, a request for oral argument shall be filed. If it is determined that oral argument is necessary, a hearing will be scheduled and notice given to parties. Hearings will be held and recorded in Anchorage, Alaska, with parties and counsel attending telephonically.